BEFORE THE SECOND DIVISION, AUGUST 13, 1942

**No. 47444.**—Protests 18204-K, etc., of Bleyco Paper Corp. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question is grease-proof paper, the same as that the subject of *Walker* v. *United States* (6 Cust. Ct. 11, C.D. 413). In accordance therewith the claim at 3 cents per pound and 15 percent ad valorem was sustained.

**No. 47445.**—Protests 41971-K, etc., of I. C. Isaacs & Co., Inc., et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47446.**—Protests 81611-K, etc., of Strauss-Eckardt Co., Inc., et al. (Philadelphia, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47447.**—Protests 702237-G, etc., of J. L. Hudson Co. et al. (Detroit, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47448.**—Protests 824100-G, etc., of J. W. Hampton, Jr., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, AUGUST 14, 1942

**No. 47449.**—Protests 839051-G, etc., of H. A. Caesar & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47450.**—Protests 909439-G, etc., of Case & Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47451.**—Protests 970503-G, etc., of L. Bamberger & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.